**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUFINA HILARIO GARCIA, individually and on behalf of Ce. H.G., M.H.G., P.H.G., Ca.H.G., and O.H.G., minors, being the heirs of and successors-in-interest to SANTO HILARIO GARCIA and MARCELINA GARCIA PROFECTO,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.: 1:20-cv-0093-LJO- JLT<br><br>ORDER DIRECTING PLAINTIFFS TO FILE A MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM |

The plaintiffs are the children of Santo Hilario Garcia and Marcelina Garcia Profecto, and assert the Government is liable for the wrongful deaths of their parents following a high-speed vehicle chase by the United States Department of Homeland Security and its Immigration and Customs Enforcement Agency. (*See generally* Doc. 1) Because plaintiffs Ce. H.G., M.H.G., P.H.G., Ca.H.G., and O.H.G. are minors, they are unable to prosecute the claims presented in the complaint and their claims may only be brought "by a next friend or a guardian ad litem." *See* Fed. R. Civ. P. 17(c)(2). In addition, pursuant to Local Rule 202,

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the

1

Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

*Id.* (citing Fed. R. Civ. P. 17(c)).

The Court's review of the docket reveals Plaintiffs have not requested appointment of a guardian ad litem, there is no evidence identified of the formal appointment of a representative for the minor children, and there is no allegation in the complaint that such an appointment is not necessary. To the contrary, the complaint indicates that Rufina Hilario Garcia "brings this action on behalf of herself and her minor siblings, Ce.H.G., M.H.G., P.H.G., Ca.H.G., and O.H.G.," but Ms. Garcia has not requested appointment.

Accordingly, the Court **ORDERS**: Plaintiffs **SHALL** file a motion for the appointment of Rufina Hilario Garcia as the guardian ad litem **no later than February 21, 2020**.

IT IS SO ORDERED.

Dated: **January 30, 2020**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE