McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFINA HILARIO GARCIA, individually and on behalf of, Ce.H.G., M.H.G., P.H.G., Ca.H.G., and O.H.G., minors, being the heirs and successors-in-interest to SANTO HILARIO GARCIA, and MARCELINA GARCIA PROFECTO, deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 1:20-CV-93 NONE JLT<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR STAY<br>(Doc. 33) |

Based on the parties' stipulation and good cause appearing, the Court hereby Orders:

1. All litigation activities in this case are stayed until March 30, 2021.
2. One week prior to the lifting of that stay, the parties shall submit a status report to the court advising whether the case is expected to settled or should be rescheduled. If the case should be rescheduled, the parties shall submit a joint proposal of the new requested deadlines.

IT IS SO ORDERED.

Dated: **January 7, 2021**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE