UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFINA HILARIO GARCIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  1:20-cv-00093 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 35) |

The defendant has notified the Court that the parties have settled the matter conditioned upon the Court approving the minors' compromise. (Doc. 35 at 1) Thus, the Court **ORDERS**:

1. The petition for approval of the minors' compromise **SHALL** be filed **no later than April 23, 2021**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **March 18, 2021**                    **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE