UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFINA HILARIO GARCIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-00093 NONE JLT<br><br>ORDER DIRECTING THE CLERK OR COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS ACTION<br><br>(Doc. 52) |

The parties have stipulated, according to Federal Rules of Civil Procedure Rule 41(a)(1), to dismiss this action with prejudice with each side to bear their own fees and costs. (Doc. 52). Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action. Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

　　Dated:　__October 5, 2021__　　　　　　　___ /s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE